1 | McGREGOR W. SCOTT
United States Attorney
2 | AMY SCHULLER HITCHCOCK
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
ERIC DREIBAND
6 | Assistant Attorney General
AVNER SHAPIRO
7 | Trial Attorney
United States Department of Justice
8 | Criminal Section, Civil Rights Division
950 Pennsylvania Avenue, NW
9 | Washington, D.C. 20530
10 | Attorneys for Plaintiff
United States of America

**FILED**

JUN 20 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

11

12 IN THE UNITED STATES DISTRICT COURT

13 FOR THE EASTERN DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,                 ) Case No. 2:19-CR-0112 WBS
                                            )
15         Plaintiff,                        )
                                            )
16     v.                                    ) [PROPOSED]
                                            ) ORDER TO SEAL
17                                           )
                                            ) (UNDER SEAL)
18 NERY A. MARTINEZ VASQUEZ AND             )
   MAURA N. MARTINEZ,                        )
19                                           )
         Defendants.                         )

20

21     The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Amy

22 Schuller Hitchcock and Trial Attorney Avner Shapiro to Seal Indictment, and this Order, in the above-

23 referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

24

25 Dated: 6/20/19                          _____
                                            HON. ALLISON CLAIRE
26                                          United States Magistrate Judge

27

28

Petition to Seal Indictment and                    3
[Proposed] Order