1 | MARK J. REICHEL, State Bar #155034
  | Attorney at Law
2 | 455 Capitol Mall, Ste. 802
  | Sacramento, CA 95814
3 | Telephone: (916) 498-9258

4 Attorney for NERY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-112 WBS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | DATE: SEPTEMBER 23, 2019 |
| NERY MARTINEZ, MAURA MARTINEZ | TIME: 9:00 a.m. |
| DEFENDANTS. | HON WILLIAM B. SHUBB. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendants, that the STATUS CONFERENCE shall be re calendared for September 23, 2019 at 9:00 a.m. Both defense counsel has just received extensive discovery and require the opportunity to review the discovery with their clients, interview witnesses, conduct legal research, obtain documents by subpoena or otherwise, before any further appearances in the matter. As well, the parties and all counsel are presently reviewing discovery, investigating matters and engaging in preparation for either motion work or negotiations on the case.

1

Both defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development.  Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 23, 2019 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Defense counsel Mark Reichel has personally spoken with both defendants and hereby avers to the court that both defendants understand the matters occurring in the case at present, and avers that both defendants personally agree to the new court date of September 23, 2019 at 9:00 a.m. and that both understand and concur with the reasons for the requested continuance.

Dated: July 11, 2019

By: /s/ *MARK J. REICHEL*

Attorney for Defendant NERY MARTINEZ

By: /s/ *TASHA CHALFANT*

Attorney for Defendant MAURA MARTINEZ

MCGREGOR SCOTT
United States Attorney

*/s/* *AMY SCHULLER HITCHCOCK*
_____
AMY SCHULLER HITCHCOK
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**. TIME IS EXCLUDED AS SET FORTH ABOVE.

Dated: July 12, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE