UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 12, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NERY A. MARTINEZ VASQUEZ,

Defendant.

Case No. 2:19-cr-00112-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NERY A. MARTINEZ VASQUEZ</u>, Case No. <u>2:19-cr-00112-WBS</u> Charge <u>18 USC V 1594(b); 19 USC § 1589(a); 8 USC §§ 1324(a)(1)(A)(v)(I) and 1324 (a)(1)(B)(i)</u>, from custody for the following reasons:

      \_\_\_\_ Release on Personal Recognizance

      X   Bail Posted in the Sum of $   50,000.00 Cash and

      \_\_\_\_ Unsecured Appearance Bond $ _____

      \_\_\_\_ Appearance Bond with 10% Deposit

          Appearance Bond with Surety of all equity in the properties located at 2914 Churn Creek Rd., Shasta

      X   Lake, CA and any additional equity in property located at 4161 Front St., Shasta Lake, Ca. for a total sum of $225,000.00.

      \_\_\_\_ Corporate Surety Bail Bond

      \_\_\_\_ (Other): <u>Terms and conditions as stated on the record. Defendant to be released at 9:00 AM on Monday, July 15, 2019 to USM to be delivered to PTS.</u>

Issued at Sacramento, California on July 12, 2019 at  3:15 pm.

By: _____

Magistrate Judge Carolyn K. Delaney