| | |
|---|---|
| 1 | MARK J. REICHEL, State Bar #155034 |
| | Attorney at Law |
| 2 | 455 Capitol Mall, Ste. 802 |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 498-9258 |
| 4 | Attorney for NERY MARTINEZ VASQUEZ |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-112 WBS |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE TERM |
| v. | |
| NERY MARTINEZ VASQUEZ | DATE: N/A |
| | TIME: |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, and upon the approval of the Pretrial Services Officer, that the Terms and Conditions of Pretrial Release for the defendant Nery Martinez Vasquez shall be modified as follows: his curfew for house arrest shall be extended until 1 a.m.

1

All other terms and conditions shall remain in full force and effect.

Dated: August 21, 2019

By:   *MARK J. REICHEL*

Attorney for Defendant NERY MARTINEZ VASQUEZ

MCGREGOR SCOTT
United States Attorney

*/s/ Mark J. Reichel for*

_____
AMY SCHULLER HITCHCOK
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**. All other terms and conditions of the defendant's pretrial release shall remain in full force and effect.

Dated:  August 22, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE