TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NERY A. MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>Defendants. | No. 2:19-CR-0112 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney, AMY SCHULLER HITCHCOCK, and the Defendants, MAURA N. MARTINEZ, by and through her counsel, TASHA PARIS CHALFANT, and NERY A. MARTINEZ VASQUEZ, by and through his counsel of record MARK J. REICHEL, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for status conference on September 23, 2019.

2. By this stipulation, the defendants now move to continue the status conference

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS HEARING
AND FOR EXCLUSION OF TIME

1

until November 18, 2019, and to exclude time between September 23, 2019, and November 18, 2019, under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    The government has represented that the discovery associated with this case includes approximately 3,600 plus pages in electronic form. All of this discovery has been either produced directly to counsel, and/or made available for inspection and copying.

    b.    Counsel for the defendants desire additional time to review the discovery, develop the case, conduct investigation, consult with the clients, discuss potential resolution, and to explain the consequences and guidelines.

    c.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2019, to November 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: September 16, 2019 | by: | /s/Tasha Paris Chalfant for<br>AMY SCHULLER HITCHCOCK<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated: September 16, 2019 | by: | /s/Tasha Paris Chalfant<br>TASHA PARIS CHALFANT<br>Attorney for Defendant<br>MAURA N. MARTINEZ |
| Dated: September 16, 2019 | by: | /s/Tasha Paris Chalfant for<br>MARK J. REICHEL<br>Attorney for Defendant<br>NERY A. MARTINEZ VASQUEZ |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 23, 2019, to and including November 18, 2019, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set September 23, 2019, status conference shall be continued to November 18, 2019, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: September 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE