TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-0112 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| MAURA N. MARTINEZ, | |
| Defendant. | |

Ms. MAURA MARTINEZ was released on conditions in July 2019 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Amy Schuller Hitchcock and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's conditions of pretrial release be modified as follows.

ALLOW her curfew to be extended to 11:00 p.m. ONLY on Tuesday, November 19, 2019. Specifically:

"You may leave your home in Shasta Lake, California, drive to Sacramento for your pre-trial ordered psychologist appointment at 1:00 p.m., depart after that appointment concludes and travel to drop your son, Nery Jr. at the San Francisco International Airport, then drive back to your home in Shasta Lake."

- 1 -

All other conditions remain in full force and effect.

Respectfully submitted,

Dated: November 13, 2019 /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
MAURA N. MARTINEZ

Dated: November 13, 2019 /s/Tasha Paris Chalfant for
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: November 15, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE