TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0112 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NERY A. MARTINEZ VASQUEZ, MAURA N. MARTINEZ, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney, AMY SCHULLER HITCHCOCK, and the Defendants, MAURA N. MARTINEZ, by and through her counsel, TASHA PARIS CHALFANT, and NERY A. MARTINEZ VASQUEZ, by and through his counsel of record MARK J. REICHEL, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for status conference on December 9, 2019.

2. By this stipulation, the defendants now move to continue the status conference until February 24, 2020, and to exclude time between December 9, 2019, and February 24, 2020,

under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defendants desire additional time to review the discovery in this case. To date, the government has produced approximately 3,600 pages of electronic materials, and has represented that further discovery may be forthcoming. Furthermore, counsel for the defendants desire additional time to develop the case, conduct investigation, consult with their clients, discuss potential resolution, to explain the consequences and guidelines, and otherwise prepare for trial.

b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2019, to February 24, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  December 5, 2019          by:     /s/Tasha Paris Chalfant for
                                          AMY SCHULLER HITCHCOCK
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated:  December 5, 2019          by:     /s/Tasha Paris Chalfant
                                          TASHA PARIS CHALFANT
                                          Attorney for Defendant
                                          MAURA N. MARTINEZ

Dated:  December 5, 2019          by:     /s/Tasha Paris Chalfant for
                                          MARK J. REICHEL
                                          Attorney for Defendant
                                          NERY A. MARTINEZ VASQUEZ

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 9, 2019, to and including February 24, 2020, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set December 9, 2019, status conference shall be continued to February 24, 2020, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: December 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING
AND FOR EXCLUSION OF TIME

4