MCGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


ERIC DREIBAND
Assistant Attorney General
AVNER SHAPIRO
Trial Attorney
United States Department of Justice
Criminal Section, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>NERY A. MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>              Defendants. | CASE NO.  2:19-CR-00112-WBS<br><br>JOINT STATUS REPORT; STIPULATION AND ORDER TO SET TRIAL CONFIRMATION HEARING |

      This case is currently set for a jury trial commencing on November 10, 2020. ECF 47. At the time this trial date was set, the Court set a further status conference for June 1, 2020, at which to receive a status update from the parties and set a trial confirmation hearing. ECF 47.

      By this stipulation, plaintiff United States of America, by and through its counsel of record, and defendants Nery A. Martinez Vasquez and Maura N. Martinez, by and through their counsel of record, hereby submit this joint status report and therefore request that the Court vacate the status conference currently set for June 1, 2020.  The parties further request that the Court set a trial confirmation hearing

STIPULATION AND PROTECTIVE ORDER        1

in this matter for September 14, 2020.

The parties agree and stipulate as follows:

1. Defense counsel continues to review and analyze the discovery produced by the government in this case, including discovery recently produced on March 16, 2020. This discovery to date is comprised of over 4,000 pages or items. Some of this discovery is also governed by a protective order, which affects the manner and thus speed at which counsel can review and analyze these materials.

2. Defense counsel also continues to conduct investigation and research into the information contained in this discovery and the charges, confer with their clients, and otherwise prepare for trial. Defense preparation has been significantly affected, however, by the public health concerns related to COVID-19, as noted in the Court's General Orders 611, 612, 617 and 618, and judicial declarations of emergency. These public health concerns and the challenges presented by the evolving COVID-19 pandemic have affected defense counsel's ability to conduct investigation and confer with their clients. In some instances, the public safety measures instituted, such as stay-at-home orders, travel restrictions, and closures, have delayed or inhibited defense counsel preparation.  Nevertheless, defense counsel continues to diligently prepare for trial and confer with the government regarding resolution.

3. Defense counsel and the United States continue to meet and confer. The parties are scheduled to further discuss case status and resolution on June 16, 2020. The United States anticipates extending plea offers prior to this meeting.

4. In light of the information provided above, the parties jointly requested that the status conference currently set for June 1, 2020 be vacated. As anticipated by the Court at the February 24, 2020 status conference, however, the parties request that a trial confirmation hearing be set for September 14, 2020, at which to confirm the parties' readiness for trial and address any other items as needed.

5. By previous findings and order of the Court, time until November 10, 2020 has been deemed excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. *See* ECF 47. For the reasons set forth above, including the COVID-19 pandemic and the Court's General Orders, and defense counsel's continued need of this time for effective preparation, the ends of

justice served by continuing the case as requested outweigh the interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 26, 2020                                             McGREGOR W. SCOTT
                                                                 United States Attorney

                                                         By:  /s/ Amy Schuller Hitchcock
                                                              Amy Schuller Hitchcock
                                                              Assistant United States Attorney

Dated:  May 26, 2020                                          /s/ Mark J. Reichel
                                                              Mark J. Reichel
                                                              Counsel for Defendant
                                                              NERY A. MARTINEZ
                                                              VASQUEZ

Dated:  May 26, 2020                                          /s/ Tasha P. Chalfant
                                                              Tasha P. Chalfant
                                                              Counsel for Defendant
                                                              MAURA N. MARTINEZ


IT IS SO FOUND AND SO ORDERED.

Dated:  May 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROTECTIVE ORDER                    3