TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-0112 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE FOR DOCTOR APPOINTMENT** |
| v. | |
| NERY MARTINEZ VASQUEZ, MAURA N. MARTINEZ, | |
| Defendant. | |

Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Katherine Lydon and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's conditions of pretrial release be modified as follows.

ALLOW their curfew and travel restrictions to be extended between the dates of Tuesday, July 13, 2021 to Friday, July 16, 2021. Specifically:

- 1 -

"On July 13, 2021, at approximately 3:00 p.m., you both may leave your home in Redding/Shasta Lake, California, and drive to Los Angeles for arrival on the morning of July 14, 2021.

Attend the July 14, 2021, 9:30 a.m. doctor appointment with Dr. Cezar Velez, M.D., 1411 Sunset Blvd., Suite 203, Los Angeles, California 90026, 213-482-8313.

Go to Chinatown for additional tests/exams at the direction of Dr. Velez after the appointment. Specific addresses are unknown since it will be based upon the test results conducted by Dr. Velez during the visit.

Stay overnight at The Ramada Inn, 2900 N. San Fernando Blvd., Burbank, California 91504, 818-843-5955, confirmation number 39392973.

Leave Los Angeles on Thursday, July 15, 2021, at approximately 1:00 p.m., and arrive in Redding/Shasta Lake on Friday, July 16, 2021 around 2:00 a.m.

Ms. MARTINEZ's curfew can be extended an extra two hours to allow for the travel.

During the court ordered travel, the defendants will not be monitored by the location monitoring devices but the travel itinerary has been verified by Pretrial Services.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated: July 7, 2021

/s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
MAURA N. MARTINEZ

Dated: July 7, 2021

/s/Tasha Paris Chalfant for
MARK REICHEL
Attorney for Defendant
NERY MARTINEZ VASQUEZ

Dated: July 7, 2021

/s/Tasha Paris Chalfant for
KATHERINE LYDON
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: July 8, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE