PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
TANYA B. SYED
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NERY A. MARTINEZ VASQUEZ, and MAURA N. MARTINEZ, <br><br> Defendants. | 2:19-CR-0112-WBS <br><br> PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements of Nery A. Martinez Vasquez and Maura N. Martinez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1594(d), defendants Nery A. Martinez Vasquez and Maura N. Martinez's interest in the following asset shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Real property located at 1987 Cabello Street, Shasta Lake, California, Shasta County, APN: 007-050-029-000.

2. The government will not seek to forfeit the real property located at 1957 Montana Ave, Shasta Lake, California, Shasta County, APN: 005-590-017-000, which is also subject to forfeiture pursuant to 18 U.S.C. § 1594(d), provided the defendants pay the restitution amount in full by the date specified in the plea agreements. If the defendants do not pay the restitution amount in full, the defendants agree to forfeit all of their right, title, and interest to the real property located at 1957 Montana

Ave, Shasta Lake, California, Shasta County, APN: 005-590-017-000.

3. The defendants agree that the above-listed real properties were involved in, used, or intended to be used to commit or to facilitate the commission of violations of 18 U.S.C. § 1594(d) and (e), or were derived from proceeds obtained, directly or indirectly, as a result of said violations.

4. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the Real property located at 1987 Cabello Street, Shasta Lake, California, Shasta County, APN: 007-050-029-000.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

5. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1594(d), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  September 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE