TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>NERY MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>               Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE FOR DOCTOR APPOINTMENT** |

Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Katherine Lydon and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's conditions of pretrial release be modified as follows.

ALLOW their curfew and travel restrictions to be extended between the dates of Monday, November 15, 2021 to Wednesday, November 17, 2021.  Specifically:

- 1 -

"On Monday, November 15, 2021, at approximately 7:00 p.m., you both may leave your home in Redding/Shasta Lake, California, and drive to Los Angeles for arrival on the morning of Tuesday, November 16, 2021, around 10:00 a.m.

Attend the Tuesday, November 16, 2021, 2:15 p.m. doctor appointment (digestive endoscopy) with Dr. Cezar Velez, M.D., 1411 Sunset Blvd., Suite 203, Los Angeles, California 90026, 213-482-8313.

Stay overnight at The Ramada Inn, 2900 N. San Fernando Blvd., Burbank, California 91504, 818-843-5955, confirmation number 41047817.

Leave Los Angeles on Wednesday, November 17, 2021, at approximately 1:30 p.m., and arrive in Redding/Shasta Lake on Wednesday, September 29, 2021 around 11:50 p.m.

Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ curfews can be extended an extra two hours to allow for the travel.

During the court ordered travel, the defendants will not be monitored by the location monitoring devices but the travel itinerary has been approved by Pretrial Services.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated:  November 12, 2021            /s/Tasha Paris Chalfant
                                     TASHA PARIS CHALFANT
                                     Attorney for Defendant
                                     MAURA N. MARTINEZ

Dated:  November 12, 2021            /s/Tasha Paris Chalfant for
                                     MARK REICHEL
                                     Attorney for Defendant
                                     NERY MARTINEZ VASQUEZ

Dated:  November 12, 2021            /s/Tasha Paris Chalfant for
                                     KATHERINE LYDON
                                     Assistant United States Attorney
                                     Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated:  November 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE