1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11

12   UNITED STATES OF AMERICA,        No. 2:19-CR-0112 WBS

13              Plaintiff,

14        v.                          ORDER RE: REQUEST TO SEAL

15   NERY A. MARTINEZ VASQUEZ AND
     MAURA N. MARTINEZ,
16
                Defendants.
17

18                        ----oo0oo----

19          The government has filed a Notice of Request to Seal

20   (Docket No. 100) seeking to seal six exhibits to the sentencing

21   memorandum, consisting of redacted reports of interviews with the

22   victims in this case.  The government represents that sealing

23   these exhibits is necessary because (1) they describe

24   traumatizing uses of force, threats of uses of force,

25   intimidation, and other prohibited means the defendants used to

26   obtain the victims' labor, as well as sexual abuse of minors; and

27   (2) the exhibits describe the victim's biographical information

28

                              1

1   in enough detail that if the documents were filed even in

2   redacted form, there is a significant risk the victims would be

3   publicly identifiable.[1]

4         The court recognizes that the reports may describe

5   traumatizing episodes, though the government has not provided any

6   authority allowing the court to seal such evidence based solely

7   on its traumatizing nature.  Moreover, the court finds that

8   public policies favoring disclosure of the reports,

9   notwithstanding their possible traumatizing nature, militate

10   against sealing the reports in their entirety.  See Kamakana v.

11   City & County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir.

12   2006).

13         The court also recognizes the victims' interests in

14   keeping their identities confidential, but once again finds that

15   the public interest weighs against sealing the reports in their

16   entirety.  See id.  Accordingly, the request to seal will be

17   denied.  However, the court will consider a more tailored request

18   in which all sensitive information is redacted such that the

19   victims' identities may not be determined by the public.

20         IT IS THEREFORE ORDERED that government's Request to

21   Seal be, and the same hereby is, DENIED without prejudice.

22   Dated:  February 1, 2022

23   WILLIAM B. SHUBB
      UNITED STATES DISTRICT JUDGE

24

25

26

---

27       [1]  The exhibits provided to the court have numerous
   redactions, primarily of the victims' names, though the names of

28   family members are unredacted.