01/13/2022

Honorable William B. Shubb

Senior United Sates District Judge

U.S. District Court for the Eastern District of California

Dear Judge Shubb,

My name is Ricardo Rojo Gonzalez, I am a Police Officer with the Springdale Police Department in Springdale, Arkansas. I am a very close family friend who has known the family for approximately fourteen years, and counting.

My experiences with Nery Martinez and Maura Martinez are nothing but positive. Throughout the time that I have known Nery and Maura, they have shown their perseverance to better themselves and provide for their family. Nery and Maura have dedicated their entire life to providing for their family and helping those in need. They are the type of people a young person aspires to be humble and compassionate. they will even give you the shirt of their back if you need it and as restaurant owners, they have shown great generosity in helping feed the hungry and the elderly folks in the community. Nery has guided me with his wisdom through some difficult times that I have grown to see him as a father figure. Maura's love and compassion is so big that anyone who gets to know her feels like family that's why I have grown to see her a mother figure. If anything were to happen to Nery or Maura, they community would be at a loss and their family would be torn apart.

I whole heartily recommend mercy for both Nery and Maura. Both have established themselves as important figures in their community who work hard to be able to share their blessings. Nery and Maura are glue that keeps the family together, with out them, their family ceases to exist.

Respectfully,

PFC. Ricardo Rojo Gonzalez

*SK Accounting*

**Shannon Kilby**
**2650 Larkspur Lane Suite G**
**Redding, CA 96002**
**(530)222-8851**

January 4, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

RE:  U.S. v. Nery Martinez

Dear Judge Shubb,

My name is Shannon Kilby and I am writing in reference to a case which involves Nery Martinez. I am the owner of SK Accounting in Redding, California and have been in business for 13 years in the capacity of bookkeeping and tax preparation.

I have known Nery Martinez and his family since 2008 as clients of mine through my business as well as personally. I would like to provide a detailed account of his moral character and give a more broad view of Nery as a person from my interactions with him over these past 13 years.

I have provided tax preparation for Nery and his wife, Maura, as well as for his sons, since 2008. I have also provided payroll service for his business, Latino's Mexican Restaurant in Shasta Lake, California since that time. In March of 2018, I began providing bookkeeping service for his businesses that include Latino's Mexican Restaurant and Redding Carpet Cleaning & Janitorial Services in Shasta Lake City, California.

I have known Nery, his wife, and sons personally through the school his son attended with my son at North Woods Discovery School in 2010. Nery was very active in the PTA at the school and we worked together on many various volunteer projects and fundraisers for the school. He was very generous in his donations to the school and devoted as much time possible to the projects he was involved with at the school.

Nery is one of the most dedicated, hardworking people I know. He is a person of great integrity, honesty, and loyalty to his friends, family, and the community. I consider him a most trustworthy person in his business dealings. He has always paid his personal and business taxes in a timely manner. He has always paid his account with my business in a timely manner and has never had outstanding obligations with his account. I have witnessed him having to deal with tremendous hardships which this case has brought him and his family. Nery's businesses have suffered during this time and his reputation negatively affected in the community as a result of this case. His family has been impacted as well. During all these challenges, Nery has done his best to keep a positive attitude and has strived to achieve the best for he and his family.

Our communities need more people like Nery Martinez and his family who are active members and contribute greatly to the area. I ask that you please consider leniency in this case so that Nery and his family can continue to be a thriving part of the Shasta Lake community. Thank you for your time and consideration.

Sincerely,

*Shannon Kilby* (signature)

Shannon Kilby

January 23, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

RE: U.S. vs Nery A. Martinez and Maura N. Martinez

Dear Judge Shubb,

My name is Maria Martinez and I'm Nery's sister and Maura's sister in law.

I am writing this letter with my hand on my heart talking about our life with my brother Nery and Maura. I just want to let you know that my brother Nery is a great person, whom I grew up with. Unfortunately we didn't have a mother or father to take care of us, but we did have my grandmother from my mother's side. My brother and grandmother took care of me in my childhood. My brother and I have been through a lot since we were children, we went through hard times and were treated badly. But thank god we had a great woman as an example with her wisdom advice. In this world we are good people and I'm thankful to god for having my brother Nery, my little sister Oralia, my nephews, and my three daughters: Mirian, Cristina, and Nancy. We are a blessed and united family because we love to spend time with each other. We like to teach our children good examples and to be successful in life with lots of effort and work. I'm thankful to my brother Nery and my sister in law Maura por all their support as individuals and as family. Nery is the only brother I have from both parents, which is why I beg you to take a closer look at his case. And I beg God to guide you to make the right decision. Please, my brother is my only support since I don't have any other family besides my two siblings. He is the only one that I have, and it has been so hard to see him like this. This situation has negatively affected me emotionally. I've felt depressed, stressed, and have developed illness from all the worriedness. I have lots of faith in them because they are great people and good role models. When we visit them at their house, we are always welcomed and they make us feel at home. They advise us on how to raise our children. Thanks to God and him my daughter Mirian studied medical assistance, Migdalia studied computer science, and Nancy liberal studies. They will be graduating real soon. It was thanks to her uncle's advice about life and aim for success. Lately we haven't visited each other due to the Pandemic. We try to protect them as much as we can because of the illness they have developed. But if everything turns out good, I'm looking forward to spending more quality time with them.

I am begging for mercy for my brother Nery and sister in law Maura. Thank you Judge Shubb for reading my humble letter. I know that God will touch your heart and guide you to make the right decision. May God bless you and everyone who is helping my brother.

Sincerely,

*Maria E. Martinez*

Maria Martinez

January 22, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

RE: U.S. vs Nery A. Martinez and Maura N. Martinez

Dear Judge Shubb,

My name is Oralia Roche Candelario and I am Nery's sister and Maura's sister in law.

I am writing this letter on behalf of my brother Nery Martinez and Maura Martinez. In a few words I want to tell you how great it is to have a family like them. They are hard workers and always worried about other's well-being. They are always worried about our family, and I know I can count on them. I can always ask them for advice for myself and my kids or about any other concerns that I might have. He is always willing to help me. When I visit them with my children, we feel welcome at their house. We enjoy being around them, and we get happy to see our children spend time with each other. Either we go visit them or they come to visit us, but one thing is for sure we have a great time together. My children have been to their house a few times, and they took good care of them. My brother and sister in law take my children to church or the store. We have also been to the lake, parks, and other places like Shasta Caverns, Burney Waterfalls, Universal Studios, Sundial Bridge, and San Francisco. We had a really good time together. Now we try not to visit them as often because of covid. We want to take care of ourselves and our family. I've witnessed my brother and sister in law work so hard for their children to provide them with a better future. And I've seen how united they are as a family willing to help other people. We are three siblings, Nery Martinez, Maria Martinez, and myself. We have always been supportive of one another and taken care of each other. My sister and I have been feeling sad about this whole situation that our brother and his family are going through. My nephews are great kids that need their parents to be with them. If they are sentenced that will affect us all, but will have a greater effect on them.

All I ask from the judge is to please have mercy for my brother Nery and my sister in law Maura. It would be a great pain for all our family. Thank you so much for your time.

Sincerely,


Oralia Roche Candelario

January 20, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

RE: U.S. vs Nery A. Martinez and Maura N. Martinez

Dear Judge Shubb,

My name is Mirian De La Cruz Martinez and I am Nery's and Maura's niece.

The purpose of this letter is to share the experience I had with my uncle Nery and aunt Maura. Since the time I've known them, they have been caring, loving, and hard workers. What I admire the most from them is their ability to achieve every goal they set for themselves. This is one reason that makes me want to achieve the goals I set for myself. My uncle and aunt's priority has always been education, and they have always motivated us to aim for success. The times we have visited each other, we always have such a great reunion. As a matter of fact our birthdays are really close to each other that we have celebrated them together. I've even gone to their house with my children and stayed there a couple of days. While staying at their house I've never felt unwelcome or unsafe and neither have my children. On the contrary I felt that I had their full support physically and emotionally. Especially since my two sisters and I are the only female nieces that they have. I pray to god that this negative situation can come to an end for the benefit of them and my family. It's difficult and depressing to see how the ones you love are dealing with hard situations because not only is it affecting them, but the whole family. Things aren't as they used to be because they aren't completely free to enjoy life with their family. And they haven't been feeling too good physically and emotionally. My only wish is for god and you to help them get through this negative situation. So my family will be able to enjoy each other's company like we did before.

The only thing I'm asking from you is to please have mercy towards my uncle and aunt, so my family can be whole again. And for us to be able to enjoy those wonderful times spent together.

Sincerely,

*Mirian Delacruz M*

Mirian De La Cruz M.

January 16, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

RE: U.S. vs Nery A. Martinez and Maura N. Martinez

Dear Judge Shubb,

My name is Migdalia De La Cruz Martinez and I am Nery's and Maura's niece.

My experience with my uncle Nery and my aunt Maura are nothing, but positive because they are kind and hardworking people. Since I met them I only received nothing but love and support from them. My uncle and my aunt are the kind of people who are always looking out for people in need, especially with family. They both have worked hard in order to provide their children a better life than they had. My experience with them has been wonderful because we always have a good time together. My family and I have been going to visit my uncle and my aunt as many times as we can, and they always welcome us with open arms. In Fact, everytime we visit them we always try to do so many things together that at the end we only do one thing, but what matters to us is that we see each other. Since I've known them the only thing I receive from them is love, protection, and support. What my uncle and my aunt want from us is our well being, especially because we're the only female nieces in the family. Also I used to share an apartment with my cousin Nery, and sometimes instead of going to Sacramento on weekends my sister and I would go to my uncle and my aunt's house. We never felt unwelcome and especially unsafe. That's why when I learned about their negative situation I was surprised because they are not bad people, and they are not dangerous for their community or their family. I pray to god that this situation can come to an end for the good of them and my family because they are not the only ones who are suffering physically and emotionally. I have faith in God that the judges will do the right thing and would put an end to this horrible situation. All I wish is that this nightmare ends so my family can be together again.

All I'm asking from you is to have mercy with my uncle Nery and my aunt Maura. They both deserve to be free and to be with their family again. I really hope that you will have mercy towards my uncle and my aunt and let them be free for the health of my family and let us enjoy our time together again. All I'm asking is for my family to be complete again. Thank you so much for taking your time to read this letter. I really Appreciate.

Sincerely,

*Migdalia C De La Cruz M*
Migdalia De La Cruz

January 16, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

RE: U.S. vs Nery A. Martinez and Maura N. Martinez

Dear Judge Shubb,

My name is Nancy De La Cruz Martinez and I am Nery's and Maura's niece and goddaughter.

What I've seen from my uncle and aunt is that they are hardworking people. I've seen them work so hard in order to provide for their family. They are also kind and loving towards family and friends. My experiences with them have been amazing because we always have a good time. My family and I have been going to visit my uncle and aunt many times, and they always welcome us with open arms. We always do different activities together like going on hikes, eating out at restaurants, swimming in lakes, or simply making food at home. What really matters to me and my family is spending time together. I've been going to their house since little up until now that I'm in college. I even shared an apartment with my cousin Nery. Sometimes I would even go spend some weekends with them instead of coming to Sacramento. I was always treated with love and care. When it was time to come back to college my aunt would pack us lunch. Every time I went to visit them I never felt uncomfortable or unwelcomed. After finding out about their legal situation I was surprised, and couldn't believe it because it's not the image I have of my uncle and aunt. Even now I still don't believe what they are being accused of. I support my uncle and aunt and will continue doing it because I know they aren't a danger to any of us or the community. I've noticed how much this situation has negatively affected my uncle and his family. Not only has it messed with their reputation, but it affected them emotionally. My uncle and aunt have been dealing with stress, anxiety, and their own illness. I really hope everything gets settled for the goodness of my family.

All I'm asking from you is leniency for my uncle Nery and aunt Maura. They deserve more than what they are receiving. Thank you so much for taking the time to read this. I really appreciate it.

Sincerely,

*Nancy Delacruz Martinez*

Nancy De La Cruz Martinez

January 21, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

Dear Judge Shubb,

    My name is Vince Oreilly, i have known Nery Martinez and his wife Maura Martinez for well over 20 years. I had met them shortly after they had moved to Redding. I worked for the same janitorial company that they worked at. I was a detailer/manager. I had to interact with them through my job and as i did run into them to give them supplies and to dictate more work or any other more buildings they had to clean for us. In any of this time that we had worked together i never had any complaints about their quality of any of their work or timing. Some days Nery and Maura were the first to get there and the last to leave.

    At the time when i first met Nery and Maura, i was living on the property of the owner of the business that we worked for. It was a few acres and had a pool. In the summer months, Nery and his family would come out to the property for pool parties. As i was invited to participate i never noticed or saw anything out of place. Aside from the times mentioned prior, i have never experienced anything bad from Nery or Maura. I can truly say that these two are the most caring and hard working people anyone will ever meet. At one point i desperately needed a place to stay & Nery had a rental. We agreed on a monthly rate and after 3 years i lost my job. I was able to stay there for another 8 months without paying rent because of Nerys generousity and the good heart that he has always had. In the many years that i have known Nery and Maura they have shown outstanding respect and family values. Nery and Maura have raised 3 very well mannered & well educated boys that i know will continue to contribute to the community. As long as ive known Nery and Maura they have shown me nothing but courtesy, respect, consideration and thoughtfulness. I've been fortunate enough to have had Nery and Maura come into my life and show me what true friends can be.

    As a long time good friend of Nery Martinez and Maura Martinez i know they deserve the upmost leniancy. I know the right judgment will be made for Nery and Maura which i have become to know as family because they are the complete opposite of what this case has portrayed them to be. Thank you Judge Shubb for considering my letter in this matter.

Sincerely,

*[signature]*

Vince O'reilly

# Iglesia de Cristo Emanuel

Honorable William B. Shubb

Senior United States District Judge

U.S District Court for the Eastern District of California

Dear Judge Shubb,

    I am Pastor Edgar Cifuentes from the church *Iglesia de Cristo Emanual* located in Redding, CA. I am Nery and Maura's pastor as well as a close friend to them who has known the family for quite some time now from my church and outside the church.

I have nothing but positive things to say about Nery and Maura Martinez. Throughout the years that I have known Nery and Maura they have shown how hard workers they are and will always try to do the best for their family and the people around them. Nery and Maura are individuals who are known in their community as people who will go out of their way to help those in need. They have and will help anyone that they can and show those people compassion. They have worked hard over the years to provide their family a better life. They are active members in my church in which they sing songs to praise the Lord.

As a pastor I hope that you may have mercy for both Nery and Maura Martinez. They are very important public figures, not only in my church, but also in their community. They are hard workers who are here doing their best to provide for their family and the community around them.

Faithfully and Respectfully,

    Pastor Edgar R. Cifuentes

*Pastor Edgar R Cifuentes    1706 Lake Blvd Redding CA 96003    530-360-2183*

January 8, 2022

Dear, Judge Shubb

   My name is Andres Rivera. Nery A Martinez and Maura N Martinez are both brother and sister to me in Christ, and good friends. I have known them since 2020 for two years.

   Please have mercy of Nery A Martinez and Maura N Martinez. For there well being and their sons and family. This will also help the community because the couple want too help people in need in a spiritual way and literal way. I am in charge of a prayer virtual group where anyone can join wherever they are. This virtual confrence focuses on prayer through a open phone call and virtual to help pray for people's needs. I met Nery and Maura in 2020 when the virtual confrence was starting. I met them trough a sister from church. She asked me to speak to them since Nery and Maura wanted to learn more about God. Then we started talking through phone calls. Since I

could not meet them personally, because of covid-19 and the long distance between us. After, they started to join our online prayer confrences that we have Monday's through Friday's starting at 3:50 am and ending at 5:40 am. When I would talk to them I noticed a change in them, they started talking more about God. By that time we did not meet personally only through phone calls and virtual confrence. What was special for me was that he offered to help me buy a computer for the prayer conference for the previous computer broke. Even though we didn't meet personally at that time he even offered to buy the computer for the conference. He send me the money from Sacramento to Los Angeles. He believed that doing this would help people wherever they were to seek God. Maura would also participate singing praise to God in the conferences. That's when in a special ocassion he invited my family, and another family, and brothers from church to spend the weekend at their house. They welcomed us with warm smiles even though that was the first time we met. They gave us a warm welcome as if they knew us for a long time. We then met his family they were all generous to us all. They were also happy, and allowed us to have a service of God in their house to transmitted

to the conference

Please have Mercy on Nery A Martinez and, Maura N Martinez they are good people and with the help of God they will help the community. Brother's and sister's from church are praying for Nery and Maura and their family. We are praying for you Judge so that you can give the correct verdict. Thank you Judge for your time and considering to read my letter.

Sincerly,
Andres Rivera


Andres Rivera

01-04-2022
Steven Ayers
17925 Olinda Rd
Anderson, CA 96007

Honorable Judge:

The purpose of this letter is to provide a character reference and express my respect and admiration for Nery & Noemi Martinez. I've known the Martinez family for several years and they have always been model citizens and great business owners. In my opinion they continue to maintain the utmost professionalism and care for everyone they meet, along with creating a safe and inviting workplace for their employees.

Respectfully,

Steve Ayers
17925 Olinda Rd
Anderson, CA 96007

January 21, 2022

Honorable William B. Shubb
Senior United States District Judge
U.S. District Court for the Eastern District of California

Dear Judge Shubb,

    My name is Vince Oreilly, i have known Nery Martinez and his wife Maura Martinez for well over 20 years. I had met them shortly after they had moved to Redding. I worked for the same janitorial company that they worked at. I was a detailer/manager. I had to interact with them through my job and as i did run into them to give them supplies and to dictate more work or any other more buildings they had to clean for us. In any of this time that we had worked together i never had any complaints about their quality of any of their work or timing. Some days Nery and Maura were the first to get there and the last to leave.

    At the time when i first met Nery and Maura, i was living on the property of the owner of the business that we worked for. It was a few acres and had a pool. In the summer months, Nery and his family would come out to the property for pool parties. As i was invited to participate i never noticed or saw anything out of place. Aside from the times mentioned prior, i have never experienced anything bad from Nery or Maura. I can truly say that these two are the most caring and hard working people anyone will ever meet. At one point i desperately needed a place to stay & Nery had a rental. We agreed on a monthly rate and after 3 years i lost my job. I was able to stay there for another 8 months without paying rent because of Nerys generousity and the good heart that he has always had. In the many years that i have known Nery and Maura they have shown outstanding respect and family values. Nery and Maura have raised 3 very well mannered & well educated boys that i know will continue to contribute to the community. As long as ive known Nery and Maura they have shown me nothing but courtesy, respect, consideration and thoughtfulness. I've been fortunate enough to have had Nery and Maura come into my life and show me what true friends can be.

    As a long time good friend of Nery Martinez and Maura Martinez i know they deserve the upmost leniancy. I know the right judgment will be made for Nery and Maura which i have become to know as family because they are the complete opposite of what this case has portrayed them to be. Thank you Judge Shubb for considering my letter in this matter.

Sincerely, *[signature]*

Vince O'reilly

January 4, 2022

To whom it may concern;

I have known Nery Martinez and his wife Noemi for 20 years. These are two of the hardest working honest people I have ever known. I am the owner of an employment agency for nearly 30 years here in Shasta County so I know the value of hardworking honest people!

In the time I have known Nery he has coached my son...he has treated my family like kings when we came in to his restaurant and he has offered his help to me many times as I am a single mother.

Never have I witnesses any activity that I thought to be unorthodox or illegal in any manner! These people are god fearing Christians and Family people! This entire allegation has seemed to be preposterous from day one. I met both the mother and the daughter that are CLAIMING foul play at the restaurant. BOTH seemed to be very gracious happy and healthy! Neither exhibited anything but normal friendly behavior.

I think the court should be EXTREMELY lenient with this honorable man and Not put his family through any more then you already have! Personally I feel this is an act of racism because this hard working family is successful and that has clearly bothered someone in a high up position in Shasta County! Perhaps a competitor?!!

The people who truly know Noemi and Nery will continue to pray for them and continue to SUPPORT his businesses and his family in any way possible because these are the kind of people we want in SHASTA COUNTY! I could only pray for neighbors and business affiliates that have even half the integrity of these people! It is a pure crime to lock this man up for ANY amount of time. I would think an EXTENDED SENTENCE AND OR HOME ARREST ARE DEFINTITLY IN ORDER!

Thank you for your time and consideration today!

Sincerely,

Debra L. Randell

President

Custom Personnel

580-392-2100

# North Woods Discovery School
## Volunteer
## Certificate of Appreciation

*presented to*

**Nery & Noemi Martinez**

*April 20, 2007*

"The achievements of an organization are the results of the combined effort of each individual."
— Vincent Lombardi

*With our sincere gratitude and appreciation...*

*Mr. Jerod Sanders, Student Council President*

*Mr. John Husome, Principal*