MARK J. REICHEL, State Bar #155034
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (888) 567-2949
www.reichellaw.com

Attorneys for Defendant
NERY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-112-WBS |
| | ) | |
| Plaintiff, | ) | **DEFENSE EXHIBIT   DR. MEMO** |
| | ) | |
| v. | ) | Date: February 7, 2022 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: WILLIAM B. SHUBB |
| NERY MARTINEZ | ) | |
| | ) | |
| Defendant. | | |

Defendant submits this Exhibit attached hereto.


Dated: February 4, 2022     Respectfully submitted,

ATTORNEY FOR DEFENDANT

*Mark Reichel*

MARK REICHEL