CESAR A. VELEZ MEDICAL GROUP

711 W. COLLEGE ST. STE 328

LOS ANGELES, CA. 90012

P.2134828313 - F. 2134817383

This is to confirm that patient NERY MARTINEZ with dob: 07/19/1968 is my patient since January, 2010

This patient has the following chronic medical conditions as follow:

- Asthma
- Systemic Lupus Erythematous
- Non alcoholic fatty liver disease
- Pre-diabetes
- Rhinitis
- Hyperuricemia
- Transaminitis
- Obesity
- Metabolic Syndrome
- Polyarthralgias

Patient was referred to the Rheumatologist for evaluation due to Lupus condition

Should you have any other questions regarding this patient's medical conditions do not hesitate to contact us at (213)4828313

ORIGINAL SIGNED BY DR.

CESAR A VELEZ M.D.