# THE LAW OFFICES OF
# TASHA | CHALFANT

---

TO:     Karen Kirksey Smith, Courtroom Clerk for the Honorable William B. Shubb
        Senior United States District Judge

FROM:   Tasha Paris Chalfant
        Attorney for Defendant, Maura Martinez

DATE:   March 30, 2022

RE:     United States of America v. Nery Martinez Vasquez and Maura Martinez
        2:19-CR-00112 WBS
        **STATUS CONFERENCE FOR SENTENCING HEARING**

---

    The above matter is currently scheduled for a status conference to set a future date for Judgment and Sentencing on April 4, 2022. This is a joint request to continue the date to May 2, 2022.

    The parties have no objections to this request. This is necessary to properly represent the defendants.

    The new date requested for a status conference to set a future date for Judgment and Sentencing is May 2, 2022, at 9:00 a.m. All disclosure dates have previously been satisfied.

    Please feel free to contact me if you have any questions. Thank you.

/////
/////.

5701 Lonetree Blvd., Suite 312 – Rocklin, CA 95765 – tashachalfant@gmail.com
Phone: (916) 444-6100 – Fax: (916) 930-6093